The Providence Journal

LOCAL

# Dozens of detainees at Wyatt Detention Center infected in coronavirus outbreak

**Antonia Noori Farzan** The Providence Journal

Published 4:18 p.m. ET Sept. 23, 2021

CENTRAL FALLS — Dozens of detainees and a handful of staff members at the Wyatt Detention Center have tested positive for COVID-19 this week, according to a statement from warden Daniel Martin.

So far, 50 detainees and seven staff members have tested positive, Martin said. Those cases were identified after one detainee tested positive at the end of last week, leading the facility to do more testing.

"We have been in contact with the RI Department of Health on our existing COVID protocols which include testing and quarantining every incoming detainee for 14 days, mandatory mask usage for staff and detainees, and thorough sanitization of common areas/surfaces," Martin wrote. "We have added additional protocols based on RI DOH guidance which include ongoing, mandatory testing of detainees and staff, and not allowing detainees from different pods to come into contact with each other."

Vaccinations have been available to staff members and detainees at Wyatt since January.

The Providence Journal

NEWS

# Dozens of detainees at Wyatt Detention Center infected in coronavirus outbreak

Antonia Noori Farzan The Providence Journal

Published [illegible]

CENTRAL FALLS — Dozens of detainees and a handful of staff members at the Wyatt Detention Center have tested positive for COVID-19 this week, according to a statement from warden Daniel Martin.

So far, [illegible] detainees and seven staff members have tested positive, Martin said. Those cases were identified after one detainee tested positive at the end of last week, leading the facility to do more testing.

"We have been in contact with the RI Department of Health on our ongoing COVID protocols which include isolation and quarantining, everyone being screened for 14 days, mandatory mask usage for staff and detainees, and thorough sanitization of common areas and surfaces," Martin wrote. "We have added additional protocols based on RI DOH guidance, including the ongoing, mandatory testing of detainees and staff, and not allowing detainees from different units to come into contact with each other."

Vaccinations have been available to staff members and detainees at Wyatt since January.