UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL ACTION** |
| ) | **NO.:** 21-cr-10044-DJC |
| **JUDEMARIO JOSAPHAT** ) | |

**ASENTED TO MOTION TO CONTINUE SENTENCE HEARING**

NOW COMES the Defendant, Mr. Judemario Josaphat, in connection with the above-captioned matter and respectfully requests that this Honorable Court continue the sentencing hearing from May 4, 2022 to August 24 – 26 or August 31, 2022 or a different date available to the Court. The Government assents to this request. The Defendant needs ore time to preapre for sentencing. Additionally, Defendant requests a date while the Norfolk Superior Court matter is litigated. The Defendant would like to finish the next hearing scheduled for July 22, 2022 before he is sentenced.

WHEREFORE, the Defendant respectfully requests that this motion be ALLOWED.

The Defendant,
By his attorney,

*/s/ C. L. Malcolm*

_____
Christopher L. Malcolm
BBO# 684440
83 Atlantic Ave
Boston, MA 02110
(617) 645-0089
clmalcolm@gmail.com

Date: __4/27___, 2022

## Certificate of Service

    I, Christopher L. Malcolm, hereby certify that a copy of the above motion was sent to the United States' Attorney's Office at One Courthouse Way, Boston, MA 02210 by email and electronic notice on this date.

                                                           /s/ C. L. MALCOLM

Date: ___4/27___, 2022            Christopher L. Malcolm