UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUDEMARIO JOSAPHAT, JR.,<br><br>Defendant | Criminal No. 21-cr-10044-DJC |

ASSENTED-TO MOTION TO SEAL
GOVERNMENT'S SENTENCING MEMORANDUM

The government, with the assent of counsel for the defendant, respectfully moves the Court, pursuant to Local Rule 7.2, for leave to file its sentencing memorandum under seal. As grounds for this motion, the government states that its sentencing memorandum references the cooperation of defendants in related cases, certain details of which have not been disclosed publicly.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:   */s/ Leslie A. Wright*
LESLIE A. WRIGHT
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                           By:    */s/ Leslie A. Wright*
                                     LESLIE A. WRIGHT
                                     Assistant United States Attorney